**Order entered August 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00859-CV

**NAUTIC MANAGEMENT VI, L.P., Appellant**

**V.**

**CORNERSTONE HEALTHCARE GROUP HOLDINGS, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-04339**

## ORDER

The Court has before it the August 6, 2013 unopposed motion of nonresident attorney Patrick F. Philbin for admission pro hac vice. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to add Patrick F. Philbin as counsel for appellant.

/s/     ELIZABETH LANG-MIERS
         JUSTICE